OFT (10/1/11)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

April 11, 2013

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re )
**Paul Warren Koepke** )
**Carrie Lee Koepke** )
Debtor(s) )
)
)
)
)

Case No. **13–31127–elp7**

ORDER AND NOTICE
OF TIME TO FILE CLAIMS

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **7/12/13** for all creditors, except for governmental units who must file by the later of either **7/12/13** or within 180 days after the date that relief was ordered. Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) Use Official Bankruptcy Form B10 (Proof of Claim) available at www.uscourts.gov/bkforms;

(b) If not filed electronically, file with the Clerk, U.S. Bankruptcy Court, 1001 SW 5th Ave #700, Portland, OR 97204;

(c) If you have already filed a claim in this case, do not file it again; and

(d) Creditors who file more than 10 documents per year with the court are required to do so electronically per Local Bankruptcy Rule 5005–4.

Creditors:  More information is available at www.orb.uscourts.gov.